```
1  CHRISTENSEN LAW OFFICES
2  1000 South Valley View Blvd.
   Las Vegas, NV 89107
3  Telephone: (702) 870-1000
   Facsimile: (702) 870-6152
4
   Attorneys for Plaintiff
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11
12 IN RE: BEXTRA AND CELEBREX          MDL NO. 1699
   MARKETING SALES PRACTICES AND       District Judge: Charles R. Breyer
13 PRODUCT LIABILITY LITIGATION
14
   Nancy Zahorsky,                     Case No.: 09-5839 CRB
15              Plaintiff,
          v.
16                                     STIPULATION AND ORDER OF
                                       DISMISSAL WITH PREJUDICE
17 Pfizer Inc, et al.,
                Defendants.
18
```

Come now Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 6-10, 2010    By: _____
                         David Sampson
                         **CHRISTENSEN LAW OFFICES**
                         1000 South Valley View Blvd.
                         Las Vegas, NV 89107
                         Telephone: (702) 870-1000
                         Facsimile: (702) 870-6152

                         *Attorneys for Plaintiff*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Oct. 7, 2010      By: _____
                              Michelle W. Sadowsky
                              **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
                              New York, NY 10020
                              Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501

                              *Defendants' Liaison Counsel*

DATED: 9/16, 2010        By: _____
                              Annmarie Maile Liermann
                              **KELLY HOCKEL & KLEIN P.C.**
                              One Sansome Street, Suite 1800
                              San Francisco, CA 94104
                              Telephone: (415) 951-0535
                              Facsimile: (415) 391-7808

                              *Attorneys for Defendant CVS Pharmacy*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/14/2010        _____
                         Hon. Charles R. Breyer
                         United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**